```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| ALBA I. ACEVEDO and JOSEPH ACEVEDO,<br><br>         Plaintiffs,<br><br>     v.<br><br>AMERICAN AIRLINES, INC. and XYZ CORPORATION,<br><br>         Defendants. | Civil No. 11-3830 (JBS/AMD) |

## ORDER ON INFORMAL APPLICATION TO
## PLACE CASE INTO THE ARBITRATION PROGRAM

THIS MATTER having come before the Court during the initial scheduling conference on September 20, 2011; and the Court noting the following appearances:  John A. Klamo, Esquire, appearing on behalf of the plaintiffs; and John V. Mallon, Esquire, appearing on behalf of the defendant American Airlines, Inc.; and all counsel consenting to placing this matter into the arbitration program; and for good cause shown:

**IT IS** on this 20th day of September 2011, hereby

**ORDERED** that the above-captioned matter shall be, and hereby is, placed into the arbitration program.

                                   s/ Ann Marie Donio
                                   ANN MARIE DONIO
                                   United States Magistrate Judge

cc:  Hon. Jerome B. Simandle
     James Quinlan, Arbitration Clerk